# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 242 MAL 2014
:
                  Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
RODERICK SIMS, :
:
              Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of September, 2014, the Motion for Leave to File Supplemental Pleadings and the Petition for Allowance of Appeal are **DENIED**.